# EXHIBIT "A"

## JUROR QUESTIONNAIRE

**General Instructions for Completing Questionnaire**        Juror Number: _____

      This questionnaire will aid jury selection in the case <u>United States v. Edwin Guzman</u>.  Please answer all questions below completely and truthfully.  There are no right or wrong answers to these questions.  Your answers will be used only for the purpose of selecting a jury in this case.  If you have any difficulty answering any questions, please do not hesitate to consult the Court before answering that particular question.

      **PLEASE KEEP IN MIND THAT YOU ARE ANSWERING THESE QUESTIONS UNDER OATH AND YOU MUST BE TRUTHFUL.**

Name: _____

City/Town of Residence: _____

    1.    How long have you lived at your current address? _____

    2.    Where have you lived in the last 10 years? _____

    3.    How long have you lived in Massachusetts? _____

    4.    What is your marital status?: (check one)

          Single _____
          Married _____
          Divorced _____
          Other, and explain _____

    5.    If married, please list your spouse's full name, occupation and prior occupations:

6. Do you have any children? \_\_\_\_Yes \_\_\_\_No. If yes, please state the number of children, each child's age, and whether or not the child resides with you:

7. What is your occupation or profession? (If retired, what was your occupation or profession?)

8. Have you ever had a different occupation or profession? \_\_\_\_Yes \_\_\_\_No. If yes, what was it?

9. How far did you go in school? _____

10. Is your family income: (check one)

    Less than $30,000 _____
    $30,000 - $60,000 _____
    $60,000 - $100,000 _____
    More than $100,000 _____

11. What hobbies or other things do you like to do in your spare time?

12. Please list your memberships (and the memberships of your spouse) in any social, fraternal or cultural clubs or organization, including any clubs or organizations involved with the issues of crime or drugs:

13. Are there any bumper stickers or other stickers affixed to your vehicle or any family member's vehicle? ____Yes ____No.  If yes, what do they say?

14. Have you (or your spouse) ever served in the military? ____Yes ____No.  If yes, when and in what branch?

15. Is there any physical, medical or psychological reason(s) (for example, inability to hear, inability to sit for long periods, inability to concentrate) that you could not sit as a juror in this case? ____Yes ____No.  If yes, please explain:

16. Have you ever served on a jury before? ____Yes ____No.  If yes, please state when and for what type of case:

17. Do you read any newspapers, magazines or periodicals regularly? ____Yes ____No. If yes, which ones?

18. Do you watch television or cable newscasts regularly? ____Yes ____No. If yes, which ones?

19. Do you regularly watch any TV programs involving lawyers or police? ____Yes ____No. If yes, what programs do you watch?

20. Have you ever watched Court TV? ____Yes ____No. If yes, please described what you have watched:

21. Do you listen to any radio programs regularly? ____Yes ____No. If yes, which ones?

22. Have you, your spouse, a relative, or a close friend ever had any training, experience, or employment in law, legal procedures, criminal justice, or criminal investigation? ____Yes ____No. If yes, please describe:

5

23. Do you have any relatives or close friends who are members of any police force, law enforcement agency, prosecutor's office or security agency? ____Yes ____No.  If so, what is the relationship to you and in which office or agency does he or she work?

24. Do you believe a police officer or federal agent is more or less likely to tell the truth than an ordinary citizen? (check one)

    More likely _____
    Less likely _____
    Just as likely _____

25. What is your opinion of criminal defense lawyers?

26. What is your opinion of federal prosecutors?

27. Have you, your spouse, a relative, or a close friend ever been the victim of a crime?  ____Yes ____No.  If yes, please describe the circumstances:

28. Have you, your spouse, a relative, or a close friend ever been a witness of a crime?  ____Yes ____No.  If yes, please describe the circumstances:

29. Have you, or any member of your immediate family, or anyone with whom you are close:

    (A) ever answered charges (other than for an alleged moving traffic violation) in a criminal proceeding? ____Yes ____No.

    (B) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer? ____Yes ____No.

    (C) ever engaged in litigation with the federal government, that is, ever filed a claim or lawsuit against the United States or any of its agencies, or answered some claim made against you by the federal government? ____Yes ____No.

    If you answered yes to any of the above, please explain:

30. Have you, your spouse, a relative, or a close friend ever had a problem with, been treated for, or ever been addicted to drugs or suffered from a drug-related problem? ____Yes ____No. If yes, please describe the circumstances:

31. Is there any reason you could not completely and honestly apply the law as the Court instructs you at the end of this case to the facts as you find them? ____Yes ____No. If yes, please explain:

32. The government has charged the defendant with being a member of a gang called MS-13. Do you think this charge could affect your ability to be fair and impartial? ____Yes ____No. If yes, please explain:

33. Have your read any newspaper articles or seen any television reports or heard anything on the radio about MS-13? ____Yes ____No. If so, what?

34. Have you read any newspaper articles or seen any television reports or heard anything on the radio about Mr. Guzman? ____Yes ____No. If so, what?

35. Have you heard, read or seen on TV anything about street gangs? ____Yes ____No. If yes, please explain:

36. What are your feelings about the possibility of being a juror in a case in which the defendant is charged with being a member of a street gang?

37. You have no legal obligation to like or feel comfortable with a person of Hispanic descent, but you do have an obligation to tell the Court your feelings candidly and accurately. Do you have any feelings or opinions about Hispanic people that would cause you to question your ability to be impartial in evaluating the evidence in this case?

38. Would the fact that Mr. Guzman is Hispanic make it more difficult for you to decide a verdict in his favor?

39. Do you believe that Hispanic men are more likely than members of other races to commit crimes?

40. What does it mean to you when a person is arrested and charged with a crime?

41. Under our system of law, a defendant in a criminal case has a guaranteed right to be considered innocent until proven guilty. Do you think a defendant in a criminal trial should be made to prove his innocence? ____Yes ____No. If yes, please explain:

42. The presumption of innocence means that the defendant has an absolute right not to testify. Would you hold it against Mr. Guzman in any way if he does not testify? ____Yes ____No. If yes, explain:

43. The defendant is presumed innocent unless the government proves to each member of the jury that he is guilty beyond a reasonable doubt. If the government fails to convince each juror beyond a reasonable doubt of each of the elements of the offenses charged, the defendant must be found not guilty. Do you question or doubt in any way your ability to accept this high standard of proof or the presumption of innocence? ____Yes ____No. If yes, please explain:

44. Are you aware of any prejudice which you may have against the government or the defendant which would in any way impair your ability to fairly and impartially evaluate and judge the facts of this case? ____Yes ____No. If yes, please explain:

45. Are there any other reasons that you might not be able to be a fair and impartial juror in this case? ____Yes ____No. If yes, please explain:

46. Is there any other reason you might not be able to serve as a juror in this case? ____Yes ____No. If yes, please explain:

47. The government alleges that Mr. Guzman was an active member of a transnational criminal organization known as MS-13. Do you have any reaction to these allegations that might make it difficult for you to sit on this case?

48. Does the fact that this case involves an allegation that Mr. Guzman was a gang member make it difficult for you to evaluate the evidence in this case?

49. Would you treat the testimony of a law enforcement officer differently from that of any other witness? Why or why not?

50. Have any newspaper articles, television reports, or media coverage about crime, shootings, violence, or firearms affected you in a way which might make it difficult for you to decide this case solely upon the evidence produced at trial?

The answers that I have given are true and correct to the best of my knowledge.

_____
Juror Signature