UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 15-10338-FDS |
| | ) | |
| 6.   HERZZON SANDOVAL, | ) | |
|      a/k/a "Casper," | ) | |
| 7.   EDWIN GUZMAN, | ) | |
|      a/k/a "Playa," | ) | |
| 11.  CESAR MARTINEZ, | ) | |
|      a/k/a "Cheche," | ) | |
| 14.  ERICK ARGUETA LARIOS, | ) | |
|      a/k/a "Lobo," | ) | |
|      Defendants | ) | |

EXHIBIT LIST OF THE UNITED STATES

Pursuant to the Court's pre-trial order, the United States files this list of exhibits that may be introduced in its case-in-chief. The government reserves the right to modify this list with reasonable notice to the defendants:

| Exhibit Number | Exhibit |
|---|---|
| A. | Disc containing recording of ESLS clique meeting, January 25, 2014 |
| B. | Disc containing consensually recorded conversation between CW-1 and Cesar Martinez, a/k/a "Cheche," February 14, 2014 |
| C. | Disc containing recording of ESLS clique meeting, February 16, 2014 |
| D. | Disc containing consensually recorded conversation between CW-1 and Erick Argueta Larios, a/k/a "Lobo," December 8, 2014 |
| E. | Disc containing consensually recorded conversation between CW-1 and Noe Perez Vasquez, a/k/a "Crazy," December 16, 2014 |

| | |
|---|---|
| F. | Disc containing consensually recorded conversation between CW-1, Noe Perez Vasquez, a/k/a "Crazy," and Jose Miguel Hernandez, a/k/a "Smiley," a/k/a "Danger," December 14, 2014 |
| G. | Disc containing recording of Eastside Loco Salvatrucha (ESLS) clique meeting, February 8, 2015 |
| H. | Disc containing consensually recorded conversation between CW-1, Jose Hernandez Miguel, a/k/a "Muerto," and Noe Perez Vazquez, a/k/a "Crazy," June 4, 2015 |
| I. | Disc containing recording of ESLS clique meeting, June 14, 2014 |
| J. | Disc containing recording of ESLS clique meeting, July 29, 2015 |
| K. | Disc containing consensually recorded conversation between CW-1, Joel Martinez, a/k/a "Animal," David Morataya, and Luis Cruz-Reyes, October 2, 2015 |
| L. | Disc containing recording of ESLS clique meeting, October 24, 2015 |
| M. | Disc containing consensually recorded conversation between CW-1 and Herzzon Sandoval, a/k/a "Casper," and between CW-1, Sandoval, and Joel Martinez, a/k/a "Animal," December 6, 2015 |
| N. | Disc containing consensually recorded conversation between CW-1, Jose Adan Martinez Castro, a/k/a "Chucky," Edwin Mancia Flores, a/k/a "Chugar," and other MS-13 members, December 13, 2015 |
| O. | Disc containing consensually recorded conversation between CW-1 and Joel Martinez, a/k/a "Animal," January 1, 2016 |
| P. | Disc containing consensually recorded conversation between CW-1, Jose Hernandez-Miguel, a/k/a "Muerto," Mauricio Sanchez, a/k/a "Tigre," Joel Martinez, a/k/a "Animal," and others, January 2, 2016 |
| Q. | Disc containing recording of ESLS clique meeting, January 8, 2016 |

| | |
|---|---|
| R. | Summary chart of cocaine "protection details" on February 14, 2014, October 17, 2014, and December 8, 2014 |
| 1(a)-(u). | Photographs of 60 Chester Avenue, Chelsea, Massachusetts, December 14, 2014 |
| 2(a)-(b). | Autopsy photographs of Javier Ortiz |
| 3. | Death certificate, Javier Ortiz |
| 4. | Medical records for Victim No. 25 |
| 5(a)-(d). | Spent projectile and discharged cartridge casings for "Win 380 Auto" .380 caliber bullets recovered from 60 Chester Avenue, Chelsea, Massachusetts, December 14, 2014 |
| 6. | Photograph of Hector Enamorado, a/k/a "Vida Loca" from Massachusetts State Police photographic array |
| 7. | Wanted poster for Hector Enamorado, a/k/a "Vida Loca" |
| 8. | Booking photograph of Hector Enamorado, a/k/a "Vida Loca" |
| 9. | Transcript of consensually recorded conversation between CW-1, Noe Perez Vasquez, a/k/a "Crazy," and Jose Miguel Hernandez, a/k/a "Smiley," a/k/a "Danger," dated December 14, 2014 |
| 10. | Transcript of consensually recorded conversation between CW-1 and Noe Perez Vasquez, a/k/a "Crazy," December 16, 2014 |
| 11. | Photograph of Gonzalez Auto Repair, 69 Norman Avenue, Everett, Massachusetts |
| 12. | Photograph of Luis Solis Vasquez, a/k/a "Brujo" |
| 13. | Photograph of Herzzon Sandoval, a/k/a "Casper" |
| 14. | Photograph of Edwin Guzman, a/k/a "Playa" |
| 15. | Photograph of Cesar Martinez, a/k/a "Cheche" |
| 16. | Photograph of Erick Argueta Larios, a/k/a "Lobo" |

| | |
|---|---|
| 17. | Photograph of Jose Hernandez Miguel, a/k/a "Muerto" |
| 18. | Photograph of Mauricio Sanchez, a/k/a "Tigre" |
| 19. | Photograph of Victor Manuel-Ruiz, a/k/a "Matador," a/k/a "Vincentino" |
| 20. | Photograph of Efrain Yanes Vasquez, a/k/a "Caballo" |
| 21. | Photograph of Jose Miguel Hernandez, a/k/a "Smiley," a/k/a "Danger" |
| 22. | Photograph of Noe Perez-Vasquez, a/k/a "Crazy" |
| 23. | Photograph of Jose Rene Andrade, a/k/a "Inocente" |
| 24. | Photograph of silver Cobra model .380 caliber semi-automatic pistol on a pile of leaves outside 7 Cross Street, Somerville, Massachusetts, January 1, 2015 |
| 25(a)-(b). | Silver Cobra model .380 caliber semi-automatic pistol, bearing serial number CP033661, containing five "Win 380 Auto" .380 caliber bullets |
| 26. | Proffer letter for CW-11 |
| 27. | Plea agreement for CW-11 |
| 28. | Photographs of MS-13 tattoos for CW-11 |
| 29. | Machete seized from CW-11's address, January 29, 2016 |
| 30(a)-(b). | Black Heckler and Koch P30 semi-automatic pistol containing ten rounds of ammunition, seized from CW-11's address, May 20, 2016 |
| 31. | One ammunition box containing fifty rounds of 9 millimeter ammunition seized from CW-11's address, May 20, 2016 |
| 32. | One ammunition box containing nine rounds of 9 millimeter ammunition seized from CW-11's address, May 20, 2016 |

| | |
|---|---|
| 33. | One clear plastic bag containing eighteen rounds of .45 caliber ammunition seized from CW-11's address, May 20, 2016 |
| 34. | Transcript of consensually recorded conversation between CW-1 and Cesar Martinez, a/k/a "Cheche," February 14, 2014 |
| 35. | Still photograph of Jose Hernandez Miguel, a/k/a "Muerto," holding one kilogram of cocaine, February 14, 2014 |
| 36. | Still photograph of Jose Hernandez Miguel, a/k/a "Muerto," holding U.S. currency, February 14, 2014 |
| 37. | One kilogram of cocaine used in protection detail on February 14, 2014 |
| 38. | United States Probation pre-trial report listing telephone number for Cesar Martinez, a/k/a "Cheche" |
| 39. | Still photograph of Jose Hernandez Miguel, a/k/a "Muerto," October 17, 2014 |
| 40. | Still photograph of Efrain Yanes Vazquez, a/k/a "Caballo," October 17, 2014 |
| 41. | Still photograph of one kilogram of cocaine, October 17, 2014 |
| 42. | Still photograph of U.S. currency, October 17, 2014 |
| 43. | One kilogram of cocaine used in protection detail on October 17, 2014 |
| 44. | Transcript of consensually recorded conversation between CW-1 and Erick Argueta Larios, a/k/a "Lobo," December 8, 2014 |
| 45. | Still photograph of Jose Hernandez Miguel, a/k/a Muerto, December 8, 2014 |
| 46. | Still photograph of Jose Miguel Hernandez, a/k/a "Smiley," a/k/a "Danger," December 8, 2014 |

| | |
|---|---|
| 47. | Still photograph of multiple kilograms of cocaine, December 8, 2014 |
| 48. | Still photograph of U.S. currency, December 8, 2014 |
| 49(a)-(b). | Still photographs of Noe Perez-Vasquez, a/k/a "Crazy," with butt of firearm, December 8, 2014 |
| 50. | Five kilograms of cocaine used in protection detail on December 8, 2014 |
| 51. | Drug Enforcement Administration certificates of analysis for kilograms of cocaine used in protection details |
| 52. | Photograph of Casa Mariachi, 49 Everett Avenue, Chelsea, Massachusetts |
| 53. | Silver Ruger 9 millimeter semi-automatic pistol with obliterated serial number seized from Erick Argueta Larios, a/k/a "Lobo," January 28, 2015 |
| 54. | Transcript of ESLS clique meeting, February 8, 2015 |
| 55. | Transcript of ESLS clique meeting, July 29, 2015 |
| 56. | Photograph of Highland Park, Chelsea, Massachusetts |
| 57. | Excerpt of 911 call to Chelsea Police Department concerning stabbing of Victim No. 17, Highland Park, Chelsea, Massachusetts, May 12, 2015 |
| 58. | Medical records for Victim No. 17 |
| 59. | Still photograph of Jose Hernandez Miguel, a/k/a "Muerto," and Noe Perez Vazquez, a/k/a "Crazy," on June 4, 2015 |
| 60. | Transcript of consensually recorded conversation between CW-1, Jose Hernandez Miguel, a/k/a "Muerto," and Noe Perez Vazquez, a/k/a "Crazy," on June 4, 2015 |
| 61. | Transcript of ESLS clique meeting, January 25, 2014 |
| 62. | Transcript of ESLS clique meeting, February 16, 2014 |
| 63. | Transcript of ESLS clique meeting, June 14, 2014 |

| | |
|---|---|
| 64. | Transcript of ESLS clique meeting, October 24, 2015 |
| 65. | Machete and sheathe seized from 142 Broadway, Somerville, Massachusetts, July 8, 2015 |
| 66. | Large knives seized from 142 Broadway, Somerville, Massachusetts, July 8, 2015 |
| 67. | Blue and white rosary beads seized from 142 Broadway, Somerville, Massachusetts, July 8, 2015 |
| 68. | Blue baseball cap with Chicago Bulls logo seized from 142 Broadway, Somerville, Massachusetts, July 8, 2015 |
| 69. | Blue baseball cap bearing "503" seized from 142 Broadway, Somerville, Massachusetts, July 8, 2015 |
| 70(a)-(b). | Sterling .22 caliber semi-automatic pistol and magazine containing six rounds of ammunition seized from 142 Broadway, Somerville, Massachusetts, July 8, 2015 |
| 71. | Two blue bandanas seized from 142 Broadway, Somerville, Massachusetts, July 8, 2015 |
| 72. | MS-13 tattoo of Edwin Guzman, a/k/a "Playa" |
| 73. | MS-13 tattoo of Luis Solis-Vasquez, a/k/a "Brujo" |
| 74(a)-(b). | Black Hi-Point .45 caliber semi-automatic pistol containing eight rounds of ammunition seized from Efrain Yanes Vasquez, a/k/a "Caballo," 226 Bradford Street, Pittsfield, Massachusetts, September 15, 2016 |
| 75. | One magazine containing nine rounds of .45 caliber ammunition seized from Efrain Yanes Vasquez, a/k/a "Caballo," 226 Bradford Street, Pittsfield, Massachusetts, September 15, 2016 |
| 76. | One box containing fifty packaged rounds of .45 caliber ammunition seized from Efrain Yanes Vasquez, a/k/a "Caballo," 226 Bradford Street, Pittsfield, Massachusetts, September 15, 2016 |

| | |
|---|---|
| 77. | Machete seized from Efrain Yanes Vasquez, a/k/a "Caballo," 226 Bradford Street, Pittsfield, Massachusetts, September 15, 2016 |
| 78. | Bag containing twenty-eight rounds of .45 caliber ammunition seized from Efrain Yanes Vasquez, a/k/a "Caballo," 226 Bradford Street, Pittsfield, Massachusetts, September 15, 2016 |
| 79. | Black butterfly knife seized from Efrain Yanes Vasquez, a/k/a "Caballo," 226 Bradford Street, Pittsfield, Massachusetts, September 15, 2016 |
| 80. | Proffer letter for CW-2 |
| 81. | Excerpt of consensually recorded meeting between CW-1, Bryan Galicia-Barillas, a/k/a "Chuchy," and David Lopez, a/k/a "Cylindro," a/k/a "Villano, April 27, 2015 |
| 82. | Transcript of consensually recorded meeting between CW-1, Bryan Galicia-Barillas, a/k/a "Chuchy," and David Lopez, a/k/a "Cylindro," a/k/a "Villano, April 27, 2015 |
| 83. | Excerpt of 911 call for murder of Irvin DePaz, Trenton Street, East Boston, Massachusetts, September 20, 2015 |
| 84(a)-(h). | Photographs of Nissan Pathfinder with blood, red shirt, and red Chicago Bulls baseball cap, Trenton Street, East Boston, Massachusetts, September 20, 2015 |
| 85. | Red shirt seized from Trenton Street, East Boston, Massachusetts, September 20, 2015 |
| 86. | Red Chicago Bulls baseball cap seized from Trenton Street, East Boston, Massachusetts, September 20, 2015 |
| 87. | Still photograph from surveillance video, 90 Trenton Street, East Boston, Massachusetts, September 20, 2015 |
| 88. | Autopsy photographs of Irvin DePaz |
| 89. | Death certificate, Irvin DePaz |

90. Transcript of consensually recorded meeting between CW-1, Joel Martinez, a/k/a "Animal," David Morataya, and Luis Cruz-Reyes, October 2, 2015

91. Transcript of consensually recorded conversation between CW-1 and Herzzon Sandoval, a/k/a "Casper," and between CW-1, Sandoval, and Joel Martinez, a/k/a "Animal," December 6, 2015

92. Still photograph of Herzzon Sandoval, a/k/a "Casper," December 6, 2015

93. Proffer letter for CW-7

94. Plea agreement for CW-7

95. Google Earth image of area of Pearl Street, Chelsea, Massachusetts

96. Shirts, jackets, hat, and jeans recovered from basement of 141 Hawthorne Street, Chelsea, Massachusetts, December 27, 2015

97. Transcript of consensually recorded conversation between CW-1 and Joel Martinez, a/k/a "Animal," January 1, 2016

98. Transcript of consensually recorded conversation between CW-1, Jose Hernandez-Miguel, a/k/a "Muerto," Mauricio Sanchez, a/k/a "Tigre," Joel Martinez, a/k/a "Animal," and others, January 2, 2016

99. Excerpt of audio-videotaped ESLS clique meeting where Joel Martinez, a/k/a "Animal," is beaten into MS-13, January 8, 2016

100. Transcript of ESLS clique meeting, January 8, 2016

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:   /s/ Christopher Pohl
    Christopher Pohl
    Kelly Begg Lawrence
    Assistant U.S. Attorneys

9

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 8, 2018.

/s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney