UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-10338-FDS |
| | ) | |
| 6.   HERZZON SANDOVAL | ) | |
|        a/k/a "CASPER," | ) | |
| | ) | |
| 7.   EDWIN GUZMAN | ) | |
|        a/k/a "PLAYA," | ) | |
| | ) | |
|        **Defendants** | ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION
IN LIMINE TO REQUIRE THE GOVERNMENT TO PRESENT
A PROFFER OF PROOF ON CO-CONSPIRATOR DECLARATIONS**

Defendants Edwin Guzman, a/k/a "Playa," and Herzzon Sandoval, a/k/a "Casper," request that the government make a pretrial proffer of proof as to the admissibility of co-conspirator declarations it intends to offer at trial. (D.1751, 1768). The government provided this information in its *Motion in Limine to Admit Co-Conspirator Statements* filed on January 8, 2018 (D.1781). The Court should therefore deny the defendants' motion in limine as moot.

                                                    Respectfully submitted,

                                                    ANDREW E. LELLING
                                                    United States Attorney

                              By:    */s/ Kelly Begg Lawrence*
                                     KELLY BEGG LAWRENCE
                                     CHRISTOPHER POHL
                                     Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the Court's Electronic Court Filing (ECF) system on January 16, 2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      By:    */s/ Kelly Begg Lawrence*
                  KELLY BEGG LAWRENCE
                  Assistant United States Attorney