<pre>
 1                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
 2


 3
      UNITED STATES OF AMERICA          )
 4                                      )
      vs.                               )  Criminal Action
 5                                      )
      HERZZON SANDOVAL,                 )  No. 15-10338-FDS
 6    EDWIN GUZMAN,                      )
      CESAR MARTINEZ,                    )
 7    ERICK ARGUETA LARIOS,             )
                      Defendants        )
 8


 9

      BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV
10


11                          JURY TRIAL DAY 3

12


13                OPENING STATEMENT OF GOVERNMENT ONLY

14

15         John Joseph Moakley United States Courthouse
                         Courtroom No. 2
16                       1 Courthouse Way
                         Boston, MA 02210
17
                         February 1, 2018
18

19

20

21

22
                         Valerie A. O'Hara
23                      Official Court Reporter
           John Joseph Moakley United States Courthouse
24              1 Courthouse Way, Room 3204
                         Boston, MA 02210
25                  E-mail: vaohara@gmail.com
</pre>

1   APPEARANCES:

2   For The United States:

3       United States Attorney's Office, by CHRISTOPHER J. POHL,
    ASSISTANT UNITED STATES ATTORNEY, and KELLY BEGG LAWRENCE,
4   ASSISTANT UNITED STATES ATTORNEY, 1 Courthouse Way, Suite 9200,
    Boston, Massachusetts 02110;
5
    For the Defendant Herzzon Sandoval:
6
        Foley Hoag LLP, by MARTIN F. MURPHY, ESQ. and
7   MADELEINE K. RODRIGUEZ, ATTORNEY,
    155 Seaport Boulevard, Boston, Massachusetts 02210;
8
    For the Defendant Edwin Guzman:
9
        Lawson & Weitzen, by SCOTT P. LOPEZ, ESQ.,
10  88 Black Falcon Avenue, Suite 345, Boston, Massachusetts 02210

11  For the Defendant Erick Arueta Larios:

12      THOMAS J. IOVIENO, ESQ., 345 Neponset Street
    Canton, MA 02021;
13
    For the Defendant Cesar Martinez:
14
        Stanley W. Norkunas, 11 Kearney Square,
15  Howe Building, Suite 202, Lowell, Massachusetts 01852.

16      ROBERT M. SALTZMAN, ESQ., 1 Central Street, Suite 5,
    Stoneham, Massachusetts 02180.
17

18

19

20

21

22

23

24

25

1

OPENING STATEMENT

2        MS. LAWRENCE:  Good morning.  This case is about

3    MS-13, La Mara Salvatrucha.  You will hear that the four

4    defendants on trial, those four men seated at the tables behind

5    me are members of MS-13.  Understanding what MS-13 is about is

6    critical to understanding what this trial is about.  Put

7    simply, MS-13 is about violence, violence against rivals,

8    violence against snitches, violence against those who don't

9    respect MS-13 and the Mara.  MS-13 uses violence to eliminate

09:29AM 10    rivals, instill fear and control turf.

11        MS-13 is a criminal street gang with origins in

12    Los Angeles and El Salvador and thousands of members spread

13    across Central America, United States and here in

14    Massachusetts.

15        Those members are organized into local subgroups

16    called cliques.  You will hear that all four defendants are

17    members of the Eastside Loco Salvatruchas or ESLS clique of

18    MS-13.  Each clique has its own leaders called the first word

19    and word or runners.  The leaders run clique meetings, collect

09:30AM 20    dues from members, issue orders, take reports of violence

21    committed by clique members, promote new members and mete out

22    punishments.

23        You will hear that Herzzon Sandoval was the first

24    word, and Edwin Guzman was the second word for ESLS, and

25    Cesar Martinez and Erick Argueta Larios were full members or

1    homeboys of the clique.

2        Each clique operates more or less independently under

3    the larger MS-13 umbrella.  They make periodic reports to MS-13

4    in El Salvador and communicate with other cliques locally and

5    regionally in the United States.  In many ways, the MS-13

6    clique is like a local McDonald's Restaurant independently

7    owned and operated but part of a larger corporate enterprise,

8    and like McDonald's markets itself with recognizable colors,

9    logos and food names, MS-13 markets itself with colors,

09:31AM 10    numbers, hand signs, tattoos and gang names reflecting the

11    gang's purpose, origins and mission.

12        MS-13 members wear the colors blue and white

13    representing the country flags of El Salvador, Honduras and

14    Guatemala.  They use the number 13 representing M, the 13th

15    letter of the alphabet and the number 503, the area code for

16    El Salvador.

17        They flash the gang's hand signs representing the

18    letters M and S and the number 13 and the devil's horn to greet

19    each other and make themselves known to rivals, and many

09:31AM 20    literally brand themselves with MS-13 tattoos.

21        MS-13 members also take new names when they join the

22    gang, and you will hear those gang names used throughout this

23    trial.  Herzzon Sandoval is Casper.  Edwin Guzman is Playa.

24    Cesar Martinez is Checha.  Edwin Guzman is Lobo.

25        MS-13 also has rules, and those rules reflect its

1  violent purpose, attack and kill rivals on sight, kill

2  informants, beat or kill members who disobey or disrespect the

3  gang.  You will hear evidence in this trial that MS-13 members

4  did in fact attack and kill rival gang members, that they

5  wanted to kill informants, and that they did beat members who

6  broke MS-13 rules.

7        In other words, these rules were not mere talking

8  points, they were calls to action for all MS-13 members.  MS-13

9  demands absolute commitment and loyalty from its members.  A

09:33AM 10  person doesn't just casually join MS-13 and show up at the club

11  whenever he feels like it.  No, joining MS-13 is a commitment.

12  It's a process with prospective members moving up the ranks by

13  proving that they are all in for the gang, meaning that they

14  are ready, willing and able to take action and fulfill the

15  gang's violent purpose.

16        MS-13 rewards those who prove themselves worthy with

17  violence.  The gang initiates new members with the 13-second

18  beating by members of its own clique.  It also punishes those

19  who break gang rules by beating them for 13 seconds.  During

09:33AM 20  the trial, you will see a recording of an MS-13 initiation

21  ceremony, which they call a jump-in or a beat-in that took

22  place at an Eastside or ESLS clique meeting.  Casper, Playa,

23  Checha, and Lobo were all at that meeting.

24        Casper, the clique's leader, decided which homeboys

25  present would do the beating, while Playa counted out loud to

13.  You will also hear recordings of MS-13 members being

punished at clique meetings with 13-second beatings, and,

again, some or all of the defendants were present at those

meetings.

These and other recordings made by a cooperating

witness who infiltrated MS-13 will give you a front row seat to

the inner workings of the gang and the violence that was

committed and glorified on behalf of MS-13.

My name is Kelly Lawrence.  Seated at counsel table is

09:34AM  Christopher Pohl.  We represent the government in this case.

I'm here now just to give you an overview of the evidence

you'll hear at the trial so that you'll better understand the

facts and evidence that you'll have in light of the law that

the Judge will give you at the end of the case.

I said before that this trial is about MS-13, and it

is because MS-13 is a criminal enterprise engaged in

racketeering, and all four of these defendants on trial agreed

to be part of it, so you'll be hearing a lot about MS-13, the

Eastside clique, other local cliques and MS-13 members during

09:35AM  the coming weeks.

You'll also be hearing, of course, a lot about these

four defendants, what they did and what they said.  In fact,

you'll actually get to see what they did and hear what they

said because it was caught on tape.  The defendants' own words

and actions captioned on tape when they thought no one else was

1  listening.  Those recordings are in Spanish, but you'll have

2  English transcripts to read, and you'll also get to see some

3  video clips as well.

4        The recordings were made by what is called a

5  cooperating witness.  During this investigation, the FBI

6  identified an individual that it believed could infiltrate

7  MS-13 and collect evidence of the gang's criminal activities.

8  For that to work, the individual had to make the gang believe

9  that he was one of them, that he was ready, willing and able to

09:36AM 10  commit to the gang and its violent mission, and it worked.

11        The cooperating witness succeeded in earning the trust

12  and the respect of the MS-13 members, and they felt comfortable

13  enough with him to talk freely about the gang and its criminal

14  activities.  He was so successful, in fact, that these

15  defendants jumped him into their clique.  They made him an

16  Eastside homeboy.  That gave the cooperating witness an

17  all-access back stage pass to the MS-13 criminal enterprise.

18  Those recordings made by the cooperating witness capture the

19  inner workings of MS-13, and they will leave you with no doubt

09:36AM 20  that all four of these defendants are guilty of the charged

21  racketeering conspiracy.

22        I've already told you a little bit about MS-13, the

23  gang, the enterprise, and now I want to focus on these four

24  defendants, Casper, Playa, Checha, and Lobo and their clique,

25  ESLS.

1          You'll hear that ESLS was a mature clique.  It had

2    been around for awhile, and its leaders, Casper and Playa, and

3    its members, Checha, Lobo and others were old.  Typically, with

4    maturity comes age, with maturity and age comes respect.  These

5    defendants thought so.  They thought they had earned respect

6    from MS-13 for the killings and violence that they had

7    committed in the past.

8          At an ELS clique meeting in October, 2015, Casper told

9    the members present, "There are many of us here who have

09:37AM 10   killed, homie, and we deserve their respect, and not to have

11   them trying to pilot us," but you will hear that MS-13 doesn't

12   rest on its laurels, it demands action that its members

13   continue to hunt down, kill and attack rivals, that it continue

14   to ferret out informants, keep members in line and protect

15   MS-13 turf.

16         The defendants knew this because they were told by

17   leaders in El Salvador that ESLS had to get with the program

18   literally, that they had to follow the rules and orders of the

19   regional East Coast Program, that they had to keep committing

09:38AM 20   violence and keep paying money to support the mission of MS-13,

21   and if they didn't, the MS-13 leadership would issue what's

22   called a green light in order to kill every member of the ESLS

23   clique.

24         Again, this is Casper speaking at the October 24, 2015

25   meeting.  What they said is that yes, they might actually

1    decide to give the green light for the clique, but, bullshit,

2    you can't do that because the clique here is already

3    established, homeboy.

4    In other recordings, you'll hear the defendants talk

5    about how they should respond to El Salvador's demands, tough

6    talk about quitting the East Coast Program, joining another

7    program or starting their own, but what you won't hear is any

8    talk about quitting MS-13.  Instead, you'll hear that the

9    defendants were fully committed to MS-13.

09:39AM 10    The recording made on December 6, 2015, "It's the same

11    barrio, MS-13.  The dude is going to the MS-13 barrio, homeboy,

12    and we belong to the MS-13."  Feeling their age and pressure

13    from El Salvador, the defendants ramped up their recruiting

14    efforts for the Eastside clique.

15    In December, 2015, a young member of the Everett Loco

16    Salvatrucha clique named Animal brutally murdered a rival gang

17    member in broad daylight on the streets of East Boston.  When

18    the defendants heard that Animal was unhappy with its own

19    clique because it had refused to promote him to homeboy for the

09:39AM 20    murder, ESLS scooped him up.

21    In early, December, 2015, Casper invited Animal and a

22    few of his young friends to come check out ESLS.  "As I was

23    explaining, homie, come by this area, homie, you'll meet all of

24    us, you know, you'll find out what we think as a group, homie,

25    and if your way of thinking coordinates with ours, then it's

1   great and everything will be solid, and we'll see what

2   decisions we will make because it's not only my decision, they

3   all have to check you out, too, you know."

4         During the next several weekends, Animals and his pals

5   checked out ESLS, and ESLS checked out them.  Eastside homeboys

6   Tigre and Brujo -- their pictures are on the chart -- took

7   these young guys out on missions hunting for rivals to attack

8   and kill.  By MS-13 standards, these missions were widely

9   successful, Animal and his crew committed two attempted murders

09:40AM 10  during his evaluation period, and he bragged about both of them

11  on tape, and Brujo and Tigre reported these violent acts to

12  Casper to make sure that Animal and young friends would get

13  credit for what they had done.

14        Casper, Playa, Checha and Lobo were also present for

15  the next Eastside meeting in early January, 2016.  The primary

16  topic of that meeting was Animal.  This meeting, like many

17  others, was recorded on audio and video, so you'll get a

18  transcript of what was said, and you'll see clips, video clips

19  of what they did.

09:41AM 20        You'll hear that the defendants all wanted Animal to

21  join ESLS so they could take credit for his murder.  As I

22  explained earlier, the murder of a rival gang member is like

23  the MS-13 golden ticket.  It earns the killer and his clique

24  respect from other MS-13 homeboys and cliques, and it proves

25  that you are solid with the gang.

1          Remember, before the defendants brought Animal into

2     the Eastside clique, ESLS was on shaky ground.  The leaders in

3     El Salvador were unhappy with Casper's leadership and the

4     clique's failure to pay dues and report violence, so much so

5     that they were thinking of issuing a green light or an order to

6     kill the entire clique.

7          Animal was the answer to that problem, and all of the

8     Eastside homeboys knew it.  Jumping Animal into the clique,

9     taking credit for his murder and recruiting the young friends

09:42AM 10    who were hungry to prove themselves on the street with acts of

11    violence would breathe new life into ESLS.

12         At that January meeting, Casper spoke to the assembled

13    members there, "now, look, I'm going to tell you something,

14    homie, we need the new generation of Eastside, and thanks for

15    the wisdom that we have gained over the years, homie, we have

16    to pass it along, dude, so that the new Eastside clique can

17    come and not think badly that we're going to fuck them over

18    because, shit, we are the Maras, and the fuckers here will fuck

19    it up, but what I am trying to say, that you guys are going to

09:42AM 20    be the next generation, that's what he's talking about, the

21    next generation of ESLS."

22         During this January clique meeting, you'll hear

23    Casper, Playa, Lobo and other Eastside homeboys strategizing

24    ways to hide Animal from the police.  They planned to rent him

25    a room in a safer neighborhood that didn't have as much police

1    heat on it investigating the murder he had committed, they

2    planned to bring him food so he could avoid being out on the

3    streets.  They told him to keep a low profile and deny his

4    MS-13 membership and the murder to any civilians or police that

5    he talked to, but if anyone from MS-13 asked, he was to say

6    that he did the murder, take credit for the murder, and, more

7    importantly, say that he did it for the Eastsides.

8         The gang also talked of getting Animal a job so he

9    could pay his own way and of smoothing things over with the

09:43AM 10   Everett clique, who was none too happy about having Animal

11   taken away from them.

12        Finally, at the end of the clique meeting, Casper

13   ordered Animal jumped in to the clique with a 13-second

14   beating.  Casper identified which homeboys would do the

15   beating, and Playa counted to 13.  You will see a video of that

16   beating later in the trial.

17        During the coming weeks, you'll hear more evidence of

18   the defendant's MS-13 membership and activities.  You'll hear

19   about other murders and attempted murders committed by ESLS

09:44AM 20   homeboys and other MS-13 members.  You'll hear about clique

21   guns that members used on missions to attack rivals and to

22   defend themselves from rival attacks.

23        You'll hear about Eastside members paying dues and

24   using money to pay human smugglers or coyotes to bring deported

25   clique members back to the United States.  Some of this

1   evidence, as we've already talked about, will be video clips

2   and transcripts of the defendant's own words recorded by the

3   informant who infiltrated the gang.  Some of it will be

4   physical evidence, like guns and pictures of crime scenes.

5   Some of it will be testimony from a witness who has expertise

6   and experience investigating MS-13, and he can tell you about

7   the gang's history, purpose, its operation, structure, symbols,

8   leadership and the like.

9       Some of it will be testimony from witnesses who

09:45AM 10  participated in the investigation of the gang's criminal

11  activities, and they can tell you about the steps they took to

12  identify these individuals and gather evidence of their

13  criminal activities, and some of it will be testimony from

14  MS-13 members who belonged to the defendant's own clique, who

15  committed violent crimes and who have pled guilty and admitted

16  responsibility for those crimes.

17      These cooperating witnesses were established Eastside

18  clique members.  They were homeboys, just like the defendants

19  in this case.  They knew the defendants for years.  They knew

09:45AM 20  who they are, they will tell you who they are, what they belong

21  to, and what they did.

22      Now, these witnesses, these MS-13 members, they

23  committed violent crimes, and one of them engaged in drug

24  trafficking.  Their records are far from pristine, but they

25  will tell you about what they did, they will tell you who they

1   did it with, and they will tell you why.  In short, they will

2   give you a view of MS-13 from the inside, and you will see that

3   their testimony matches up with the other evidence you'll hear,

4   the recordings, the physical evidence, and the testimony of

5   other witnesses.

6         I want to switch gears for a minute and talk to you

7   about the charges in this case.  The Judge explained to you

8   earlier, and I will not repeat it word for word but just a

9   quick summary of all four defendants.  Casper, Playa, Casper,

10  and Lobo are charged with conspiracy.  Two defendants, Checha

11  and Lobo, are also charged with conspiracy to distribute

12  cocaine.  The Judge will give you the law at the end of the

13  case, but I want to talk just about a few key terms that help

14  you evaluate all of the evidence you are about to hear.

15        First, "Conspiracy."  Conspiracy is just an agreement

16  to commit a crime.  In this case, all four defendants agreed to

17  join MS-13 and commit the crime of racketeering.  By there

18  agreeing to commit the crime of racketeering, the defendants

19  simply agreed that some member or some members of the MS-13

20  conspiracy would commit two or more racketeering acts.  The

21  defendants themselves did not actually have to murder or

22  attempt to murder or distribute drugs to be guilty of this

23  conspiracy.

24        "An Enterprise."  An enterprise is essentially an

25  organized group of people working together over time to a

common goal.  MS-13 is an enterprise.  It has an organized

structure, membership that changes a bit from time to time but

has with leadership, it has rules and it has a mission.

"Interstate Commerce."  The activities of MS-13

affected interstate commerce.  That is an essential element of

this crime.  You'll hear that the defendant made phone calls to

MS-13 members in El Salvador to discuss gang business and

activities.  You'll hear that the defendants collected money

from clique members to pay human smugglers to bring deported

clique members back to the United States.  You'll also hear

evidence of guns that were manufactured in other states and

countries that ended up in the hands of the defendants and

other ESLS members here in Massachusetts.

"Racketeering."  There are a number of different

activities that can be included in racketeering.  The ones

you'll hear about in this trial primarily are murder, attempted

murder and drug trafficking.

You'll hear that members of MS-13 committed at least

two acts of murder, attempted murder and drug trafficking or a

combination of those on behalf of the MS-13 enterprise.

Separate from the racketeering conspiracy, Checha and Lobo are

charged with a drug distribution conspiracy.  This means that

they agreed with one or more other people to distribute

cocaine, and they took some affirmative step to make that

happen.

1          In this case, the FBI used an investigative technique

2     called a drug protection detail.  Essentially the FBI through

3     its cooperating witness offered the defendants an

4     opportunity -- sorry, the defendants and other members of

5     MS-13, as you'll hear, the opportunity to get paid for

6     protecting kilogram-size shipments of cocaine.

7          The evidence will show on separate occasions Checha

8     and Lobo both jumped at this opportunity.  They thought they

9     were being paid $500 to protect the delivery of kilograms of

09:49AM 10     cocaine from a source in Massachusetts to a buyer in

11     New Hampshire.

12          In fact, the FBI was in control of the entire

13     operation from start to finish.  You will hear that both of the

14     defendants on tape in the days leading up to the drug deals

15     confirming that they were ready, willing and able to commit

16     this crime.  Checha agreed to and did distribute 1 kilogram of

17     cocaine in February of 2014 and Lobo agreed to and did

18     distribute 5 kilograms of cocaine in December of 2014.

19          You'll also hear that other Eastside homeboys,

09:50AM 20     including one of those cooperating witnesses I talked about

21     earlier and other MS-13 members from different local cliques

22     participated in these drug protection details.  They agreed to

23     do the deal, they got paid to do the deal, and they

24     participated in the deal.  Those are the charges.

25          I talked about some of the evidence that relates to

1    those charges, and you will hear that and more during the

2    trial.  That evidence will prove that Checha and Lobo agreed to

3    distribute kilogram quantities of cocaine, and that evidence

4    will prove that Casper, Playa, Checha, and Lobo were members of

5    MS-13, that MS-13 was a criminal enterprise, and that all four

6    defendants agreed that some member or members of that MS-13

7    conspiracy would commit two or more racketeering acts.

8         At the end of this trial, my colleague is going to

9    stand before you, and he's going to ask you to return the only

09:51AM 10   verdict that is consistent with the evidence and the law, the

11   evidence you're about to hear and the law you'll be given by

12   the Judge, and that verdict is guilty.  Thank you.

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3    UNITED STATES DISTRICT COURT )

4    DISTRICT OF MASSACHUSETTS ) ss.

5    CITY OF BOSTON )

6

7            I do hereby certify that the foregoing transcript was

8    recorded by me stenographically at the time and place aforesaid

9    in Criminal Action No. 15-10338-FDS, UNITED STATES vs.

10   HERZZON SANDOVAL, et al., and thereafter by me reduced to

11   typewriting and is a true and accurate record of the

12   proceedings.

13           Dated this 14th day of February, 2018.

14                    s/s Valerie A. O'Hara

15           _____

16                    VALERIE A. O'HARA

17                    OFFICIAL COURT REPORTER

18

19

20

21

22

23

24

25