```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA         )
                                 )
vs.                              )  Criminal Action
                                 )
HERZZON SANDOVAL,                )  No. 15-10338-FDS
EDWIN GUZMAN,                    )
CESAR MARTINEZ,                  )
ERICK ARGUETA LARIOS,            )
              Defendants         )
```

BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV


<u>JURY TRIAL DAY 16</u>


John Joseph Moakley United States Courthouse
Courtroom No. 2
1 Courthouse Way
Boston, MA 02210

February 21, 2018


Valerie A. O'Hara
Official Court Reporter
John Joseph Moakley United States Courthouse
1 Courthouse Way, Room 3204
Boston, MA 02210
E-mail: vaohara@gmail.com

1 APPEARANCES:

2 For The United States:

3     United States Attorney's Office, by CHRISTOPHER J. POHL,
ASSISTANT UNITED STATES ATTORNEY, and KELLY BEGG LAWRENCE,
4 ASSISTANT UNITED STATES ATTORNEY, 1 Courthouse Way, Suite 9200,
Boston, Massachusetts 02110;

5 For the Defendant Herzzon Sandoval:

6
    Foley Hoag LLP, by MARTIN F. MURPHY, ESQ. and
7 MADELEINE K. RODRIGUEZ, ATTORNEY,
155 Seaport Boulevard, Boston, Massachusetts 02210;

8
For the Defendant Edwin Guzman:

9
    Lawson & Weitzen, by SCOTT P. LOPEZ, ESQ.,
10 88 Black Falcon Avenue, Suite 345, Boston, Massachusetts 02210

11 For the Defendant Erick Arueta Larios:

12     THOMAS J. IOVIENO, ESQ., 345 Neponset Street
Canton, MA 02021;
13
For the Defendant Cesar Martinez:
14
    Stanley W. Norkunas, 11 Kearney Square,
15 Howe Building, Suite 202, Lowell, Massachusetts 01852.

16     ROBERT M. SALTZMAN, ESQ., 1 Central Street, Suite 5,
Stoneham, Massachusetts 02180.
17
ALSO PRESENT: Gabriel Haddad, Spanish Interpreter
18               Carrie Lilley, Spanish Interpreter

19

20

21

22

23

24

25

16-3

                            PROCEEDINGS

1   THE CLERK: All rise for the jury.
2   (JURORS ENTERED THE COURTROOM.)
3   THE CLERK: Thank you. Good morning, ladies and
4   gentlemen. It looks like we have all twelve of you and three
5   alternates, so I will instruct you to resume your
6   deliberations. If I haven't I heard from you otherwise, I'm
7   going to check in probably at about ten minutes to four, maybe
8   like quarter to four, anyway, no later than that.
9   09:04AM   I also wanted to -- I hope I don't need to clarify
10  this, but I will anyway. Yesterday when I said that we need to
11  keep the alternates around because sometimes things happen to
12  jurors, what I mean is things like they get the flu, not more
13  serious than that. With that, I instruct you to retire and
14  resume your deliberations.
15  THE CLERK: All rise.
16  (JURORS EXITED THE COURTROOM.)
17  (Jury deliberating)
18  THE CLERK: All rise for the jury.
19  03:54PM (JURORS ENTERED THE COURTROOM.)
20  THE COURT: Ladies and gentlemen, it's again time
21  where I have to leave for the day. It's about a few minutes
22  before four. I'm inferring you want to come back tomorrow; is
23  that correct? All right. Nine o'clock. All right, nine
24  o'clock it is. We will assemble in the courtroom at nine

1  o'clock, make sure you're all here, and then I'll instruct you
2  to resume your deliberations.  Please take special care not to
3  discuss the case with anyone outside the courtroom and to
4  ignore any media reports of any kind, and I will see you
5  tomorrow morning at 9:00.
6              THE CLERK:  All rise.
7              (JURORS EXITED THE COURTROOM.)
8              (Whereupon, the hearing was adjourned at 12:59 p.m.)

1         C E R T I F I C A T E
2
3    UNITED STATES DISTRICT COURT )
4    DISTRICT OF MASSACHUSETTS ) ss.
5    CITY OF BOSTON )
6
7         I do hereby certify that the foregoing transcript was
8    recorded by me stenographically at the time and place aforesaid
9    in Criminal Action No. 15-10338-FDS, UNITED STATES vs.
10   HERZZON SANDOVAL, et al., and thereafter by me reduced to
11   typewriting and is a true and accurate record of the
12   proceedings.
13        Dated this 22nd day of June, 2018.
14              s/s Valerie A. O'Hara
15              _____
16              VALERIE A. O'Hara
17              OFFICIAL COURT REPORTER