# United States Court of Appeals
## For the First Circuit

No. 20-1486

UNITED STATES,

Appellee,

v.

EDWIN GUZMAN, a/k/a Playa,

Defendant, Appellant.

Before

Lynch, Selya, and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: December 23, 2020

      This is an appeal from the district court's denial of defendant-appellant's motion for bail pending appeal.  Having carefully considered the defendant's brief and relevant portions of the record, we conclude that the defendant failed to satisfy the bail requirements set out at 18 U.S.C. § 3143(b)(1)(A).  <u>See</u> <u>United States</u> v. <u>Bayko</u>, 774 F.2d 516, 520-23 (1st Cir. 1985) (standard of review and general principles).  Affirmed.  <u>See</u> Local Rule 27.0(c).  The motion to expedite is denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:  Hon. F. Dennis Saylor, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Christopher John Pohl, Mark T. Quinlivan, Kelly Begg Lawrence, Donald Campbell Lockhart, Glenn A. MacKinlay, Kunal Pasricha, Michael R. Schneider